**MEHTANI LAW OFFICES, P.C.**
Aanand Mehtani (SBN 254556)
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
Ph: (310) 776-3590
Fax: (310) 776-3600
amehtani@mehtanilaw.com
**Attorney(s) for Plaintiff
Kanisha Morning**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANISHA MORNING, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED VETERINARY CARE CA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:24-CV-00289-JAM-CKD<br><br>[Assigned to the Hon. John A Mendez, Courtroom 6, 14th Floor]<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed: January 23, 2024<br>Trial date: None Set |

Pursuant to the Court's July 8, 2024 Minute Order (Docket # 11), Plaintiff Kanisha Morning ("Plaintiff") hereby reports to the Court that the above-entitled action has settled.

The parties are in the process of completing the terms of the settlement which would allow Plaintiff to dismiss the case, and Plaintiff estimates that such process will take less than twenty-one (21) days.

Plaintiff will file a Request for Dismissal when terms of settlement have been adequately performed.

Plaintiff respectfully requests that the Court retain jurisdiction but vacate all court hearings and deadlines until then.

DATED: September 30, 2024          **MEHTANI LAW OFFICES, P.C.**

By: */s/ Aanand Mehtani*
Aanand Mehtani
Attorneys for Plaintiff
Kanisha Morning